# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNION HOME MORTGAGE CORP.,**

    **Plaintiff**,

**v.**

**NICHOLAS CAPRETTA,** *et al.***,**

    **Defendants**.

Case No. 2:23-cv-3474
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth A. Preston Deavers

## THE PARTIES' JOINT STATEMENT OF PREFERENCES REGARDING MEDIATION AND PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's January 9, 2024 Order (ECF No. 17), Defendants Nicholas Capretta, Morgan Roderick, and Go Mortgage, LLC (collectively, "Defendants") and Plaintiff Union Home Mortgage Corp. ("Plaintiff") (Plaintiff and Defendants are, collectively, the "Parties") jointly submit the following statement of preferences regarding mediation and proposed briefing schedule for Plaintiff's Motion for Preliminary Injunction (ECF No. 2).

Regarding mediation, the Parties report that they are exploring the use of a private mediator to mediate this case in mid- to late-February 2024. If, however, the Parties decide not to use a private mediator, they will promptly inform the Court to request that a judicial officer conduct the mediation at the judge's convenience and availability.

The Parties propose the following briefing schedule for Plaintiff's Motion for Preliminary Injunction ("Motion"):

- Deadline for Plaintiff to supplement its Motion – March 8, 2024;
- Deadline for Defendants to respond to the Motion – March 29, 2024;
- Deadline to Plaintiff to file a reply in support of its Motion – April 12, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph R. Blalock (per 1.16.24 email authority) <br> Joseph R. Blalock (0090273), Trial Attorney <br> Nicholas P. Lacey (0010042) <br> Benesch, Friedlander, Coplan & Aronoff <br> 41 South High Street, #2600 <br> Columbus, Ohio 43215 <br> T: 614-223-9300 <br> F: 614-223-9330 <br> E: jblalock@beneschlaw.com <br> E: nlacey@beneschlaw.com <br><br> *Attorneys for Plaintiff Union Home Mortgage Corp.* | /s/ David J. Butler <br> David J. Butler (0068455), Trial Attorney <br> Jonathan N. Olivito (0092169) <br> David K. Stein (0042290) <br> Amy D. Vogel (0072589) <br> TAFT STETTINIUS & HOLLISTER LLP <br> 41 S. High Street, Suite 1800 <br> Columbus, Ohio 43215-4213 <br> Phone: (614) 221-2838 <br> Fax: (614) 221-2007 <br> dbutler@taftlaw.com <br> jolivito@taftlaw.com <br> dstein@taftlaw.com <br> avogel@taftla.com <br><br> *Attorneys for Defendants Nicholas Capretta, Morgan Roderick, and Go Mortgage, LLC* |

**CERTIFICATE OF SERVICE**

    I certify that on January 16, 2024, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of this electronic filing to all parties and counsel of record.

                        /s/ David J. Butler
                        David J. Butler