# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNION HOME MORTGAGE CORP.,**

    **Plaintiff**,

**v.**

**NICHOLAS CAPRETTA,** *et al.***,**

    **Defendants**.

Case No. 2:23-cv-3474
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth A. Preston Deavers

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE AND CONTINUE PRELIMINARY INJUNCTION HEARING

The parties are currently negotiating a potential resolution to this case and have exchanged drafts of a written settlement agreement. The parties are optimistic that this matter will be resolved without the need for additional briefing or a preliminary injunction hearing. Accordingly, the parties respectfully and jointly move this Court for an Order extending the supplemental preliminary injunction briefing schedule set forth in DKT 25 by a period of three weeks and continue the May 20, 2024 preliminary injunction hearing for a like amount of time, in order to give the parties additional time to negotiate a resolution to this case.

Respectfully submitted,

*/s/ Joseph R. Blalock*
Joseph R. Blalock (0090273), Trial Attorney
Nicholas P. Lacey (0010042)
Benesch, Friedlander, Coplan & Aronoff
41 South High Street, #2600
Columbus, Ohio 43215
T: 614-223-9300
F: 614-223-9330
E: jblalock@beneschlaw.com
E: nlacey@beneschlaw.com

*Attorneys for Plaintiff Union Home Mortgage Corp.*

*/s/ David J. Butler* per authorization 4/12/24
David J. Butler (0068455), Trial Attorney
Jonathan N. Olivito (0092169)
David K. Stein (0042290)
Amy D. Vogel (0072589)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, Ohio 43215-4213
Phone: (614) 221-2838
Fax: (614) 221-2007
dbutler@taftlaw.com
jolivito@taftlaw.com
dstein@taftlaw.com

avogel@taftla.com

*Attorneys for Defendants Nicholas Capretta, Morgan Roderick, and Go Mortgage, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of this electronic filing to all parties and counsel of record.

*/s/ Joseph R. Blalock*
Joseph R. Blalock