# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNION HOME MORTGAGE CORPORATION,**

    **Plaintiff,**

    v.

**NICHOLAS CAPRETTA,** *et al.***,**

    **Defendants.**

**Civil Action No. 2:23-cv-3474**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth Preston Deavers**

## ORDER

The Parties notified the Court on August 20, 2024 that they have reached a settlement. The Parties are **ORDERED** to file a stipulation of dismissal or a status report regarding the status of settlement within 21 days of this Court Order. The Preliminary Injunction Hearing scheduled for August 26, 2024 at 9:00 a.m. is **VACATED**. Since the Parties have reached a settlement, the Motion for Preliminary Injunction (ECF No. 2) and Supplemental Motion for Preliminary Injunction (ECF No. 32) are **DENIED as moot.**

This case remains open.

**IT IS SO ORDERED.**

**8/21/2024**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**