**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNION HOME MORTGAGE CORP.,**

    **Plaintiff**,

v.

**NICHOLAS CAPRETTA**, *et al.*,

    **Defendants**.

Case No. 2:23-cv-3474
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth A. Preston Deavers

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate to the dismissal of this action with prejudice as to all claims, with each party to bear its own costs and attorneys' fees.

Dated: October 21, 2024              Respectfully submitted,

| | |
|---|---|
| */s/ Joseph R. Blalock* | */s/ David J. Butler (per email authorization)* |
| Joseph R. Blalock (0090273), Trial Attorney | David J. Butler (0068455), Trial Attorney |
| Nicholas P. Lacey (0010042) | Jonathan N. Olivito (0092169) |
| Benesch, Friedlander, Coplan & Aronoff | David K. Stein (0042290) |
| 41 South High Street, #2600 | Amy D. Vogel (0072589) |
| Columbus, Ohio 43215 | TAFT STETTINIUS & HOLLISTER LLP |
| T: 614-223-9300 | 41 S. High Street, Suite 1800 |
| F: 614-223-9330 | Columbus, Ohio 43215-4213 |
| E: jblalock@beneschlaw.com | Phone: (614) 221-2838 |
| E: nlacey@beneschlaw.com | Fax: (614) 221-2007 |
| | dbutler@taftlaw.com |
| *Attorneys for Plaintiff Union Home Mortgage Corp.* | jolivito@taftlaw.com |
| | dstein@taftlaw.com |
| | avogel@taftla.com |
| | |
| | *Attorneys for Defendants Nicholas Capretta, Morgan Roderick, and Go Mortgage, LLC* |

25068064 v1

## CERTIFICATE OF SERVICE

I certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of this electronic filing to all parties and counsel of record.

*/s/ Joseph R. Blalock*
Joseph R. Blalock
